FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2016 MAR -8 PM 1:42

MIDDLE ...
ORLANDO, FL

**WILLIAM R. METALLO**

    **Plaintiff,**

    v.                             Case No.:6:14-cv-1975-ORL-KRS

**ORLANDO UTILITIES
COMMISSION,
WAYNE R. ZIMMERMANN,
DAN KIRBY,
JOHN HUGH "BUDDY" DYER,
    Defendants.**

_____/

## MOTION FOR ACCOMMODATION FOR DISABILITY

Plaintiff, William R. Metallo, pro se, requests an accommodation for his hearing disability for the March 10, 2016 Mediation to be held in Courtroom 3C, U.S. Courthouse, 401 W. Central Blvd, Orlando, Florida.

1. Pursuant to Local Rule 3.01 (g), before filing this motion Plaintiff telephonically conferred in good faith with Defendant regarding the relief requested in this motion. Defendant does not oppose this relief.

2. Plaintiff has two hearing aids however, they do not function properly. His hearing loss causes him difficulty with hearing soft and low tones or too low volume with sound devices. For this reason, he requests that microphones be set to a higher pitch and requests that parties speak a little louder.

Plaintiff apologizes for any inconvenience this may cause.

Respectfully submitted

*William R. Metallo*

William R. Metallo, pro se
1975 Lanier Court
Winter Park, Florida 32792
Email billmetallo@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this Motion has been furnished to Richard Barry Esq., and Richard E. Mitchell Esq., this __8__ day of March 2016 at 301 East Pine Street, Suite 1400, P.O. Box 3068 (32802-3068) Orlando, Florida 32801.

*William R. Metallo*

William R. Metallo