**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

WILLIAM R. METALLO,
      Plaintiff,

-vs-                                        Case No.  6:14-cv-1975-Orl-40KRS

ORLANDO UTILITIES COMMISSION, et al
      Defendants.

| JUDGE | **Gregory J. Kelly**, U.S. Magistrate Judge | DATE/TIME | March 10, 2016  1:02-4:23 = 3:21 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | digital |
| CNSL/PLTF.(S) | Pro se | CNSL/DEFT.(S) | Rick Mitchell |

**CLERK'S MINUTES
SETTLEMENT CONFERENCE**

Case called, appearances made, procedural setting by Court
OUC Corp Rep. Carlos Woody present
Dft Wayne Zimmerman present
CART Reporter Susan Wasilewski and reporting for plaintiff Metallo
All parties consent to mediation before Judge Kelly
Pla waives opening statement
Counsel Mitchell waives opening statement
Court off the record for settlement conference (1:16)
Court back in session (4:20)
Settlement has been reached
Dft counsel will maintain original agreement paperwork
Copy will be filed with the Clerk of Court
Court adjourned