UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM R. METALLO,

    Plaintiff,

v.                                Case No.: 6:14-cv-1975-ORL-KRS

ORLANDO UTILITIES COMMISSION,
DAN KIRBY, JOHN HUGH
"BUDDY" DYER, AND WAYNE
R. ZIMMERMAN,

    Defendants.
_____/

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Parties, William R. Metallo, Orlando Utilities Commission, Dan Kirby, John Hugh "Buddy" Dyer, and Wayne R. Zimmerman, pursuant to Rule 41(a)(1)(A)(ii), *Federal Rules of Civil Procedure*, hereby file this Joint Notice of Voluntary Dismissal of this entire action with prejudice.

Respectfully submitted this 10th day of March, 2016.

| /s/ *[signature]* | /s/ *[signature]* |
|---|---|
| WILLIAM R. METALLO, pro se<br>1975 Lanier Court<br>Winter Park, Florida 32792<br>*Plaintiff* | RICHARD E. MITCHELL, ESQ.<br>Florida Bar No.: 0168092<br>Richard.Mitchell@gray-robinson.com<br>RICHARD L. BARRY, ESQ.<br>Florida Bar No.: 0360650<br>Rich.barry@gray-robinson.com<br>GRAYROBINSON, P.A.<br>301 East Pine Street, Suite 1400<br>Post Office Box 3068 (32802-3068)<br>Orlando, Florida 32801<br>(407) 843-8880 Telephone<br>(407) 244-5690 Facsimile<br>*Lead Counsel for Defendants* |