**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

WILLIAM R. METALLO,

      Plaintiff,

v.                                              Case No: 6:14-cv-1975-Orl-40KRS

ORLANDO UTILITIES COMMISSION,
DAN KIRBY, JOHN HUGH DYER and
WAYNE R. ZIMMERMAN,

      Defendants.
_____/

## ORDER

      This cause came on for consideration following review of the Joint Notice of Voluntary Dismissal, in which the parties stipulate to the dismissal of the above-captioned action in its entirety with prejudice. (Doc. 129). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1279 (11th Cir. 2012). Accordingly, the Clerk of Court is **DIRECTED** to close the case.

      **DONE AND ORDERED** in Orlando, Florida on March 11, 2016.

                                              PAUL G. BYRON
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties